950

No. 556. ATLANTIC COAST LINE RAILROAD CO. ET AL. v. FLORIDA EAST COAST RAILWAY CO. C. A. 5th Cir. Certiorari denied. MR. JUSTICE FORTAS took no part in the consideration or decision of this petition. *Clark W. Toole, Jr.,* and *John S. Cox* for petitioners. *Chester Bedell* for respondent.

No. 161, Misc. LANE v. LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, for respondent.

No. 199, Misc. WOODS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Alvin J. Korobkin,* Deputy Attorney General, for respondent.

No..264, Misc. SHANNON v. GLADDEN, WARDEN. Sup. Ct. Ore. Certiorari denied. Petitioner *pro se. George Van Hoomissen* and *Jacob B. Tanzer* for respondent.

No. 319, Misc. HALL v. FLORIDA. Sup. Ct. Fla. Certiorari denied. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *James T. Carlisle,* Assistant Attorney General, for respondent.

No. 345, Misc. GHOLSTON v. BOLES, WARDEN. Sup. Ct. App. W. Va. Certiorari denied. Petitioner *pro se. C. Donald Robertson,* Attorney General of West Virginia, and *Leo Catsonis* and *J. Stephen Max,* Assistant Attorneys General, for respondent.

No. 441, Misc. BAKER v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.